

YAAKOV SAKS▲＊
JUDAH STEIN▲
RAPHAEL DEUTSCH ^
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
＊Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

**MEMO ENDORSED**

# STEIN | SAKS, PLLC

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

November 21, 2019

**VIA ECF**
Hon. Judge Abrams
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/19
```

Re: Traynor v. Interfocus Inc.; Case No. 1:19-cv-06941-RA

Dear Judge Abrams,

The undersigned represents Plaintiff in the above-referenced matter.

The initial conference for this matter is set for Friday, December 6, 2019 at 3:30 p.m. It is now November 21, 2019, and Defendant has yet to appear. Defendants answer was due August 19, 2019. Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Defendant, Interfocus Inc. and will promptly be moving the Court for a Default Judgement in accordance with its Individual Rules.

In light of the above, the undersigned requests that the December 6th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to both obtain said Certificate of Default and present the Court with an Order to Show Cause for default judgment.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *David Force*
David Force, Esq.

---

Application granted. The initial status conference is adjourned *sine die*. Plaintiff shall move for a default judgment no later than December 20, 2019.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 22, 2019