UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/31/20

---

YASEEN TRAYNOR a/k/a YASEEN
TRAYLOR, *individually and on behalf of all
other persons similarly situated,*

Plaintiffs,

v.

INTERFOCUS INC.,

Defendant.

19-CV-6941 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On November 22, 2019, the Court gave Plaintiff until December 20, 2019, to move for a

default judgment. To date, Plaintiff has not done so.

Accordingly, no later than February 7, 2020, Plaintiff shall move for a default judgment,

in accordance with the Court's individual rules, if he seeks to do so. If Plaintiff fails to do so, the

Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil

Procedure 41.

SO ORDERED.

Dated:   January 31, 2020
         New York, New York

Ronnie Abrams
United States District Judge